HOWARD E. REINHEIMER, as Receiver of LUDLOW SYNDICATE, INC., Appellant, v. FRANCIS D. WINSLOW and Others, Respondents.— Judgment affirmed, with

costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.